UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN COB WEBB,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>　　　　　　　Defendant. | CASE NO. C23-5277 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time. (Dkt. No. 8.) Plaintiff asks for additional time to file objections to the Report and Recommendation so that he can retain counsel to assist him. The Court finds good cause to allow some additional time, though Plaintiff has already had additional time to prepare objections that were otherwise due by May 19, 2023. The Court therefore GRANTS the Motion and provides Plaintiff two additional weeks to file his objections. Plaintiff must file objections to the Report and Recommendation by no later than July 26, 2023.

\\

1     The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2     Dated July 12, 2023.

Marsha J. Pechman
United States Senior District Judge