UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN COBB WEBB,<br><br>               Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>              Defendant. | CASE NO. C23-5277 MJP-SKV<br><br>ORDER ADOPTING R&R |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This matter is DISMISSED without leave to amend and without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

ORDER ADOPTING R&R - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated August 15, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING R&R - 2